90/6285

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
171ST JUDICIAL DISTRICT

FILED
EDIE RUBALCABA
DIST... CLERK

AUG 27  2 36 PM '92

EL PASO COUNTY, TEXAS
BY

THE STATE OF TEXAS

V.

DAVID LEONARD WOOD



FILED
SEP 1 1992
BILL LONG
DIST. CLERK, DALLAS CO., TEXAS
DEPUTY

CAUSE NO. 58486Y

ORDER FOR
CHANGE OF VENUE and REFILING OF PAPERS

Having come on to be heard the Defendant's Motion for Change of Venue in the above numbered and styled case, it is ordered, that venue shall be transferred from the 171st District Court of Texas to the Criminal District Court No. 5 of Dallas County, Texas, for trial at 9:00 a.m. the 9th day of September, 1992 consent having been obtained from the judge of said Criminal District Court No. 5 for such transfer.

It is further ordered that in compliance with the Texas Code of Criminal Procedure Article 31.05, the clerk of the 171st District Court, Ms. Edie Rubalcaba, shall transmit to the clerk of the Criminal District Court No. 5 a certified copy of this Order changing venue, of the defendant's bail bond, if any, and all ORIGINAL papers in the above referenced cause, together with a certificate from said clerk under official seal certifying that the papers are the papers and all of the papers on file in the 171st District Court in the said cause.

SIGNED this 27th day of August, 1992.

A TRUE COPY, I CERTIFY
EDIE RUBALCABA, District Clerk

By_____
DEPUTY

DATE ENTERED OF RECORD_____

VOLUME_____ PAGE_____
1992 10180431

PETER S. PECA, JR., JUDGE

238